FILED ___     RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT 2 1 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:07-CR-022-BES-RAM |
| Plaintiff, | ) | |
| vs. | ) | |
| ANDREW ALLERE VALERO | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (#33) on October 25, 2007.   Upon further review of the

restitution order in this matter, the specifics needed to complete the order of restitution were not

made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $5,300.00

Name of Payee: U S BANK NATIONAL ASSOCIATION
Amount of Restitution: $5,642.00

**Total Amount of Restitution ordered:**  $10,942.00

Dated this _____21_____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE